UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAYSON, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-0354 TLN DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to comply with the court's May 18, 2021 order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted up to and including August 15, 2021 in which to comply with the court's May 18, 2021 order.

Dated: July 8, 2021

　　　　　　　　　　　　　　　　　　　　　/s/DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/Rfrat0354.36ser