UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | No. 2:20-cv-0354 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| DAYSON, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to submit the documents necessary to effect service on defendants pursuant to the court's order of May 18, 2021. Good cause appearing, this request will be granted. However, no further extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension (ECF No. 38) of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to submit the documents to effect service on defendants. No further extension of time will be granted for this purpose.

Dated: August 17, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/frat0354.36usm.sec