UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>         Plaintiff,<br><br>    v.<br><br>DAYSON, et al.,<br><br>         Defendants. | No.  2:20-cv-0354 TLN DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to submit the documents necessary to effect service.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 59) is granted; and

2. Plaintiff is granted ninety days from the date of this order in which to submit the documents necessary to effect service.

Dated: April 25, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/frat0354.36usm(4)

1