UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>   Plaintiff,<br><br>   v.<br><br>DAYSON, et al.,<br><br>   Defendants. | No. 2:20-cv-0354 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that he suffered side effects from psychiatric medication and was denied medical treatment. Presently before the court is plaintiff's motion for an extension of time. (ECF No. 79.)

Plaintiff states that he has been transferred several times in the past six months while his property has remained at Richard J. Donovan Correctional Facility ("RJD"). (Id. at 1-2.) He further states that he was supposed to be transferred back to RJD but was quarantined after he tested positive for COVID-19. He states that he still has not been reunited with his property. He requests that the court grant a forty-five-day extension of all deadlines in this case. (Id. at 3.)

There are no pending deadlines in this case presently. The previously set deadlines set forth in the April 28, 2022, discovery and scheduling order were vacated. (ECF No. 71 at 3.) The court further stated that it would issue an amended discovery and scheduling order once

////

1

1 defendants Dayson, Houston, and Vallar were served.  (Id.)  Because there are no pending
2 deadlines, the undersigned will deny plaintiff's motion as moot.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
4 (ECF No. 79) is denied as moot.
5 Dated: November 9, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/frat0354.eot