UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAYSON, et al.,<br><br>        Defendants. | No. 2:20-cv-0354 TLN DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges that he suffered side effects from psychiatric medication and was denied medical treatment.  Presently before the court is plaintiff's motion to modify the March 6, 2023, discovery and scheduling order ("DSO").  (ECF No. 101.)

      Plaintiff seeks a sixty-day extension of time to conduct discovery.  (Id. at 1.)  In support of his motion, he states that he sent discovery requests to defendants and did not receive any response.  (Id. at 2.)  After speaking with counsel for defendants he learned that counsel did not receive the requests.  (Id. at 4.)  Plaintiff states that counsel for defendants is not opposed to a sixty-day extension of time to file discovery.  Good cause appearing, the court will grant the motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may conduct discovery until **January 9, 2024**;

2. Pretrial motions shall be filed on or before **March 8, 2024**; and

3. The March 6, 2023, DSO remains unchanged in all other aspects.

Dated: October 27, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/frat0354.mod.DSO