UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | No. 2:20-cv-0354 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| DAYSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that he suffered side effects from psychiatric medication and was denied medical treatment. Presently before the court is defendants' motion to modify the April 28, 2022, Discovery and Scheduling Order ("DSO"). (ECF No. 110.)

In support of the motion defendants state that due to circumstances beyond their control, plaintiff's deposition has had to be rescheduled several times. (ECF No. 110-1 at 2.) They request additional time to conduct plaintiff's deposition and file a dispositive motion. Good cause appearing, the undersigned will grant the motion.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the DSO (ECF No. 110) is granted;
2. Discovery shall be completed on or before May 7, 2024;
3. Dispositive motions shall be filed on or before July 9, 2024; and
4. The April 28, 2022, DSO remains unchanged in all other aspects.

Dated: March 8, 2024

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/frat0354.mod.dso(D)

2