IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,**<br><br>                                   Plaintiff,<br><br>           v.<br><br>**DAYSON, et al.,**<br><br>                                   Defendants. | Case No. 2:20-CV-00354 TLN DB (PC)<br><br>**[PROPOSED] ORDER** |

The Court, having considered the Defendants' motion to modify the scheduling order, and good cause having been shown:

**IT IS ORDERED:** The Defendants' motion to modify the scheduling order is granted. The deadline to file dispositive motions is July 23, 2024.

Dated:  July 10, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE