UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | No. 2:20-cv-0354 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| DAYSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff filed two requests for extensions of time. In May, plaintiff filed a motion to extend the discovery deadline. (ECF No. 115.) Plaintiff stated that he wanted to conduct additional discovery and might want to file a motion to compel. Plaintiff did not explain what sort of discovery he sought or why he might seek to compel defendants to respond to discovery. Plaintiff failed to show good cause to extend the discovery deadline. His motion will be denied.

On August 16, plaintiff filed a motion for an extension of time to respond to defendants' July 23 motion for summary judgment. (ECF No. 121.) Plaintiff states that he was recently injured in an assault. He is housed in the prison infirmary and does not currently have access to his legal materials. Plaintiff demonstrates good cause for an extension of time.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of the discovery deadline (ECF No. 115) is denied;
2. Plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment (ECF No. 121) is granted; and
3. Within thirty days from the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: August 21, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE