UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAYSON, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-00354 TLN SCR P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　　Petitioner is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Defendants Hurley's and Lozano's motion for summary judgment in this matter has been resolved pursuant to the order filed March 28, 2025.  (ECF No. 131.)  On April 9, 2025, plaintiff filed a motion for settlement conference.  (ECF No. 132.)

　　　　The Court agrees that this case will benefit from a settlement conference.  **Therefore, this case will be referred to Magistrate Judge Carolyn K. Delaney to conduct a settlement conference via Zoom video conference on June 6, 2025, at 9:30 a.m.**  Instructions for the settlement conference and an order and writ of habeas corpus ad testificandum will issue separately in due course.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for settlement conference (ECF No. 132) is granted.

2. This case is set for a settlement conference before Magistrate Judge Carolyn K. Delaney via videoconference on June 6, 2025, at 9:30 a.m.

3. Instructions for the settlement conference and an order and a writ of habeas corpus ad testificandum will issue separately in due course.

4. The action is hereby stayed to allow the parties an opportunity to settle their dispute. If the case does not settle, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: April 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE