**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN FRATUS,   No. 2:20-cv-00354-TLN SCR P

    Plaintiff,

v.

DAYSON, et al.,   **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendants.

_____/

John Fratus, CDCR # V-74577, a necessary and material witness in a settlement conference in this case on June 6, 2025, is confined in Califorina Health Care Facility (CHCF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Friday, June 6, 2025, at 9:30 a.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the CHCF Litigation Office by fax at (209) 467-2676 or by email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CHCF, P. O. Box 213040, Stockton, CA 95213:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 22, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE