1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN FRATUS, | No. 2:20-cv-00354 TLN SCR P |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DAYSON, et al., | |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff has filed six motions in limine. (ECF Nos. 148, 149, 151, 152, 153, and 155.) Defendants maintain that Plaintiff's motions in limine are premature and request that they not be required to respond until the Court issues a pretrial order setting a briefing schedule for motions in limine. (ECF No. 158.)

The undersigned agrees with Defendants and will deny Plaintiff's motions in limine without prejudice to their renewal closer to trial. Plaintiff is advised that after reviewing the parties' pretrial statements,[1] the undersigned will issue an initial pretrial order that will include a deadline for filing motions in limine and a briefing schedule. Each party will have an opportunity

---

[1] Per the court's recent order granting Plaintiff's motion for an extension of time, Plaintiff's pretrial statement is due January 1, 2026, and Defendants' pretrial statement is due January 15, 2026. (ECF No. 156.)

1

1  to file objections to that order.  See Local Rule 283.  Plaintiff is further advised that the pretrial
2  conference currently scheduled for January 22, 2026, will be conducted on the file and that he
3  will have an opportunity to argue his pretrial motions in limine closer to trial.
4        Accordingly, IT IS HEREBY ORDERED that plaintiff's motions in limine (ECF Nos.
5  148, 149, 151, 152, 153, and 155) are DENIED without prejudice to their renewal closer to trial.
6  DATED: November 21, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2