IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,** | Case No. 2:20-cv-00354 TLN SCR (PC) |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **DAYSON, et al.,** | |
| Defendants. | |

The Court, having considered the Defendants' motion to modify the scheduling order, and good cause having been shown:

**IT IS ORDERED:** The Defendants' motion to modify the scheduling order (ECF No. 164) is granted. The deadline for the Defendants to file their pretrial statement, and the pretrial conference, are vacated. These will be re-set following the resolution of Plaintiff's motion to dismiss.

Dated:  January 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-cv-00354 TLN SCR (PC)