UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAYSON, et al.,<br><br>        Defendants. | No. 2:20-cv-00354-TLN-SCR (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On April 3, 2026, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1.    All pending deadlines are VACATED; and

2.    The parties shall file dispositional documents within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **April 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1